# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-679-R**                              **DATE: DEC. 17, 2008**

**TITLE: SHONTERIA WILLIAMS et al -V- PHYLLIS E. HALL TRUST etc**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                    <u>   N/A   </u>
**Deputy Clerk**                                        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON JANUARY 12, 2009 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                    Initials of Deputy Clerk __WH__
**CIVIL - GEN**                     D-M